United States District Court
WESTERN DISTRICT OF NEW YORK

Saer Alberto Mendez Ovalles

v.

Rhoney et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:26-cv-00106

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that case be closed.

Date: February 17, 2026

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
        Deputy Clerk